UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JALEN DAVIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EMRES II SOUTH CAROLINA, LLC<br>D/B/A THE ROWAN AND CAMPUS<br>ADVANTAGE,<br><br>　　　　Defendants. | Civil Action No. 3:24-CV-01237-CMC<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

　　　Plaintiff Jalen Davis, Defendant EMRES II South Carolina, LLC d/b/a The Rowan and Defendant Campus Advantage, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure, 41(a)(1)(A)(ii), this action and any and all other actions or cross-claims which may be contemplated by any party relating to this matter be dismissed **with prejudice**, the parties to bear their own respective costs.

— S<small>IGNATURE</small> P<small>AGE TO</small> F<small>OLLOW</small> —

**WE SO STIPULATE:**

| | |
|---|---|
| THE JOHN MOBLEY LAW FIRM, P.A. | MCANGUS GOUDELOCK & COURIE, LLC |
| | |
| *s/ John T. Mobley* | *s/ Keely M. McCoy* |
| JOHN T. MOBLEY | KEELY M. MCCOY (Fed ID No. 9594) |
| Fed. ID No. 6584 | keely.mccoy@mgclaw.com |
| johnmobley@johnmobley.com | ELIZABETH MILLENDER (Fed. ID No. 13171) |
| 925 Calhoun Street | elizabeth.millender@mgclaw.com |
| Columbia, South Carolina 29201 | 1320 Main Street, 10th Floor |
| Phone: (803) 933-0010 | Columbia, South Carolina 29201 |
| Fax: (803) 931-3044 | Telephone: (803) 779-2300 |
| | Facsimile: (803) 748-0526 |
| | |
| *Attorney for Plaintiff* | *Attorneys for EMRES II South Carolina, LLC d/b/a The Rowan* |
| | |
| | BARNES, ALFORD, STORK & JOHNSON, LLP |
| | |
| | *s/ Curtis W. Dowling* |
| | CURTIS W. DOWLING (Fed ID No. 4185) |
| | curtis@basjlaw.com |
| | 1613 Main Street (29201) |
| | Post Office Box 8448 |
| | Columbia, South Carolina 29202 |
| | Telephone: (803) 799-1111 |
| | Facsimile: (803) 254-1335 |
| | |
| | *Attorneys for Campus Advantage* |

April 1, 2025